UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PATTERSON, <br> Plaintiff, <br> v. <br> WELLS FARGO BANK, et al., <br> Defendants. | Case No. 17-cv-05461-JCS <br> Also Filed in Case No. 17-cv-5450-EDL <br><br> **SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Plaintiff Samuel Patterson originally filed this action in the California Superior Court for the County of San Francisco, where it was assigned case number CGC-17-560824. Defendant Citibank, N.A. removed on September 20, 2017, opening case number 17-cv-5450 in this Court, assigned to the Honorable Elizabeth Laporte. The same day, Defendant Bank of America, N.A. also removed to this Court, opening the present case assigned to the undersigned, number 17-cv-5461. Because both cases in this Court purport to remove the same state court action, this case is hereby REFERRED to Judge Laporte to determine whether it is related to case number 17-cv-5450. *See* Civ. L.R. 3-12(c). Any party may file a response not exceeding five pages no later than October 10, 2017. *See* Civ. L.R. 3-12(e), 7-11(b).

**IT IS SO ORDERED.**

Dated: October 4, 2017

JOSEPH C. SPERO
Chief Magistrate Judge