United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PATTERSON,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, et al.,<br><br>    Defendants. | Case No. 17-cv-05450-EMC<br><br>**ORDER TO PLAINTIFF SAMUEL PATTERSON TO SHOW CAUSE WHY CASE SHOULD NOT BE CLOSED**<br><br>Docket No. 48 |

The Court dismissed Plaintiff Samuel Patterson's claims on December 19, 2017 and permitted him to file an amended complaint within 30 days. *See* Docket No. 48. Because Plaintiff has not done so, he is **ORDERED TO SHOW CAUSE** why this matter should not be closed at the upcoming Case Management Conference on February 8, 2018 at 9:30am at the U.S. District Court at 450 Golden Gate Avenue, San Francisco, CA 94102, 17th Floor, Courtroom 5. This matter shall be closed if Plaintiff fails to appear.

**IT IS SO ORDERED**.

Dated: January 31, 2018

EDWARD M. CHEN
United States District Judge